UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| TERESA COTTON | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No.: |
| | ) | |
| | ) | Judge: |
| vs. | ) | |
| | ) | |
| | ) | |
| RYDER INTEGRATED LOGISTICS, INC., et al. | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF REMOVAL

Defendants, Ryder Integrated Logistics, Inc. and Brian D. Pendleton, by and through counsel, hereby give notice of removal of the above action by the Defendants from the Fayette Circuit Court, Commonwealth of Kentucky ("Circuit Court"), to the United States District Court for the Eastern District of Kentucky, Lexington Division, pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446. As set forth below, the Court has original diversity jurisdiction over this action pursuant to Section U.S.C. § 1332. All requirements for removal of this action are met through the allegations contained in the pleadings filed in the Circuit Court and in the Notice of Removal.

In support of this Notice of Removal, Defendants state as follows:

1. There is pending in the Fayette Circuit Court, Commonwealth of Kentucky, a Complaint styled *Teresa Cotton v. Ryder Integrated Logistics, Inc., and Brian D. Pendleton,* Case No: 22-CI-00244 (the "State Court Action"). The Complaint in the State Court Action was filed

on or about January 31, 2022. A copy of the Complaint is attached hereto as **Exhibit A**. Defendants, the removing parties herein are the only defendants named in the State Court Action.

2. Defendants were served a copy of the Complaint in the State Court Action on February 9, 2022 (Brian D. Pendleton) and February 4, 2022 (Ryder Integrated Logistics, Inc.).

3. A copy of the Circuit Court file is attached hereto as **Exhibit B**.

4. This Notice of Removal is filed within thirty days of the date upon which Defendants first received a copy of the Complaint and is therefore timely pursuant to 28 U.S.C.§ 1446.(b).

5. The State Court Action is properly removed under 28 U.S.C.§ 1441(a), because the State Court Action is subject to the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332, as explained below:

6. Defendants are informed and believe that Plaintiff is a citizen of the Commonwealth of Kentucky, See Exhibit A¶ 1.

7. Defendant, Ryder Integrated Logistics, Inc. is a Delaware Corporation with its principal place of business in Florida. Ryder Integrated Logistics, Inc. is a citizen of Delaware and Florida. Ryder Integrated Logistics, Inc. is in good standing in the Commonwealth of Kentucky.

8. Defendant, Brian D. Pendleton, is a resident and citizen of the State of Indiana.

9. Based on the allegations in Plaintiff's Complaint that Plaintiff claims to have suffered lost wages in the amount of $104,781.00 and medical expenses of $72,765.96, as well as future medical expenses, pain and suffering, and permanent impairment of her power to labor and earn money, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

10.    This action is properly removed on grounds of diversity jurisdiction because (a) the complete diversity of citizenship exists between Plaintiff and Defendants, and (b) the amount in controversy herein exceeds the sum or value of $ 75,000.00, exclusive of interest and costs.

11.    Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and the Clerk of the Circuit Court of Fayette County, Kentucky, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants, Ryder Integrated Logistics, Inc. and Brian D. Pendleton, by counsel respectfully request that this case proceed before this Court as an action properly removed.

Respectfully submitted,

*/s/ James Blaine Lewis*
James Blaine Lewis
Patrick Shane O'Bryan
Middleton Reutlinger
401 S. 4th Street
Suite 2600
Louisville, KY 40202
blewis@middletonlaw.com
sobryan@middletonlaw.com
PH:  502- 584-1135
Counsel for Defendants, Ryder
Integrated Logistics, Inc. &
Brian D. Pendleton

## CERTIFICATE OF SERVICE

        I hereby certify that, on March **2**, 2022, I e-filed Defendant's Notice of Removal and this Certificate of Service using the KJOC e-Filing system.  A copy is being e-filed as an exhibit to the Notice of Removal in State Court, Fayette Circuit Court, and to opposing counsel via email and U.S. Mail at the address set forth below:

Albert B. McQueen, Jr.
Caitlin McQueen Tubbesing
Wilson & McQueen, PLLC
309 North Broadway
Lexington, KY 40508
abmcqueen@wmkylaw.com
ctubbesing@wmkylaw.com
*Counsel for Plaintiff*

                                                        */s/ James Blaine Lewis*
                                                        James Blaine Lewis
                                                        Patrick Shane O'Bryan