# EXHIBIT A

NOT ORIGINAL DOCUMENT
03/02/2022 11:32:42 AM
BLEWIS@MIDDLETONLAW.COM

FAYETTE CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO. 22-CI-_____
(*ELECTRONICALLY FILED*)

**TERESA COTTON**                                                                                           **PLAINTIFF**

V.                                       **COMPLAINT**

**RYDER INTEGRATED LOGISTICS, INC.**
     **SERVE:**    **Corporate Creations Network, Inc.**
                     **101 North 7th Street**
                     **Louisville, KY 40202**

and

**BRIAN T. PENDLETON**                                                                                   **DEFENDANTS**
     **SERVE:**    **Brian T. Pendleton**
                     **c/o Michael Adams**
                     **Kentucky Secretary of State, as process agent for**
                     **Brian T. Pendleton**
                     **3254 Sextant Drive**
                     **Franklin, IN 46131**

* * * * * * * * * *

Comes Teresa Cotton, by counsel, and for her cause of action against the Defendants, Ryder Integrated Logistics, Inc. and Brian T. Pendleton, states as follows:

1.    On or about October 9, 2018, in Fayette County, Kentucky, the Defendant, Brian T. Pendleton, was operating a tractor trailer/semi-trailer owned by Ryder Integrated Logistics, Inc., in a careless and negligent manner, causing said vehicle to strike and collide with a motor vehicle operated by Plaintiff.

2.    The Defendant, Ryder Integrated Logistics, Inc. (hereinafter Ryder), is a foreign corporation properly conducting business in the Commonwealth of Kentucky with a principal address of 11690 NW 105th Street, Miami, Florida 33178, whose registered agent for the receipt of service of process in the Commonwealth of Kentucky is Corporate

Creations Network, Inc., 101 North Seventh Street, Louisville, Kentucky 40202.

3. The Defendant, Brian T. Pendleton, was at all times relevant hereto, a resident of the State of Indiana, and who by act or omission has caused tortious injury in this Commonwealth, and whose statutory agent for the receipt of service of process in the Commonwealth of Kentucky is the Secretary of State.

4. As a result of the motor vehicle collision described above, Plaintiff has suffered severe injuries.

5. The negligence of Defendant Brian T. Pendleton was a substantial factor in causing said accident and injuries. Pendleton's negligence includes, but is not limited to, failure to comply with applicable common law, statutory, and regulatory duties.

6. At all times relevant hereto, Defendant Brian T. Pendleton was acting as an agent (real or ostensible), servant, or employee of Defendant Ryder rendering said Ryder vicariously liable for the negligence of Brian T. Pendleton.

7. At all times relevant hereto, Defendant Ryder, by act or omission, failed to exercise ordinary care for the safety of the Plaintiff, which negligence was a substantial factor in causing the above accident and injuries.

8. As a result of the above injuries, Plaintiff has incurred reasonable and necessary medical expenses and other related expenses, and will in the future incur reasonable and necessary medical expenses and other related expenses in the amount of $72,765.96, all to her damage in an amount sufficient to invoke the jurisdiction of this Court. Plaintiff's medical treatment is ongoing, as is the gathering of medical expense documentation, and Plaintiff reserves the right to later supplement or amend the amount of past medical expenses.

NOT ORIGINAL DOCUMENT
03/02/2022 11:32:42 AM
BLEWIS@MIDDLETONLAW.COM

9. As a result of the above injuries, Plaintiff has lost wages in the amount of $104,781.00, and has been permanently impaired in her ability to earn money, to her damage in an amount sufficient to invoke the jurisdiction of this Court. Plaintiff's lost wages are ongoing, as is the gathering of economic documentation, and Plaintiff reserves the right to later supplement or amend the amount of lost wages.

10. As a result of the above injuries, Plaintiff has endured pain of body, anguish of mind, and inconvenience, and will in the future endure pain of body, anguish of mind, and inconvenience, all to her damage in an amount sufficient to invoke the jurisdiction of this Court.

**WHEREFORE**, Plaintiff, Teresa Cotton, demands judgment against the Defendants, Ryder Integrated Logistics, Inc. and Brian T. Pendleton, jointly and severally, for a sum in excess of the minimum dollar amount necessary to establish jurisdiction of the Court, pre-judgment interest, post-judgment interest, costs, trial by jury, and any and all other relief to which she may appear properly entitled.

Respectfully submitted,

Albert B. McQueen, Jr.
Caitlin McQueen Tubbesing
Wilson & McQueen, PLLC
309 North Broadway
Lexington, KY 40508
Phone: (859) 253-2373
Fax: (859) 253-2360
abmcqueen@wmkylaw.com
ctubbesing@wmkylaw.com

BY: /s/ Albert B. McQueen, Jr.
**ATTORNEYS FOR PLAINTIFF**